UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Danielle Thomas,                        Civil No. 12-61 (PAM/JJK)

            Plaintiff,

v.                                          **ORDER**

South Washington County
School ISD 833,

            Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeffrey J. Keyes dated March 26, 2012. The R&R recommended that this Court dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 7).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED**; and

2. Plaintiff's Complaint is **DISMISSED with prejudice** (Docket No. 1).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 17, 2012

                                                     *s/ Paul A. Magnuson*
                                                     Paul A. Magnuson
                                                     United States District Court Judge